**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **CASE NO. 8:16-cr-0353-JSM-JSS-1**

**NICHOLAS A. BORGESANO, JR.,**
**Defendant.**

______________________________/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

THE DEFENDANT, NICHOLAS A. BORGESANO, Jr., by and through undersigned counsel, KEVIN T. BECK, hereby moves this Honorable Court to enter an Order Granting the Defendant's Unopposed Motion to Continue Trial and in support thereof would show:

1. The Defendant, NICHOLAS A. BORGESANO, is charged by Indictment with Conspiracy to Commit Health Care Fraud and Wire Fraud in violation of 18 U.S.C. Sec. 1349, Conspiracy to Commit Money Laundering in violation of 18 U.S.C. Sec. 1956(h), and Money Laundering in violation of 18 U.S.C. Sec. 1957.

2. Trial is currently scheduled for the April trial term for all remaining defendants. Eight defendants were originally indicted. Four of the defendants have pleaded guilty.

3. At the present, discovery is ongoing and, pursuant to discussions with counsel for the government, it is anticipated that significant additional discovery is to be provided. Discovery already provided is voluminous and complex: nine discs containing thousands of pages of documents, records, and recordings; a 1TB hard drive containing tens of thousands of pages of documents, records, and materials from 66 boxes seized from two search warrants; two 2TB hard drives containing images of seven computers seized from two search warrants. Furthermore, un-

dersigned counsel, counsel for other defendants, and counsel for the government have experienced difficulties accessing some of the discovery that has been provided which had been processed by a third party vendor.

4. The parties have been involved in extensive negotiations regarding the allegations and the nature of the evidence to be presented against the Defendant if trial is unavoidable. The parties agree that while the discussions and negotiations have been productive, but they remain in their infancy.

5. The parties have conferred and agree that additional discussions, evidentiary disclosures and negotiations may prove fruitful in the avoidance of an extended trial. This is Defendant, Nicholas Borgesano's first Motion to Continue the Trial.

6. Counsel for the Defendant may file, contemporaneously with this pleading, an Unopposed Motion to Modify Conditions of Pretrial Release. The motion would seek temporary removal of the electronic monitoring device currently placed on the Defendant so that he might obtain an MRI to determine whether he requires surgery for chronic lower back pain. The necessity for this modification is dependent upon the results of a CT scan that is scheduled for today. If the surgeon requires the additional diagnostics of an MRI, the Unopposed Motion will be immediately filed. Should surgery be prescribed, it is likely that the Defendant will require a period of time to recover and rehabilitate from the surgery which could interfere with his capacity to assist counsel at trial if trial were held in the coming months.

7. Counsel for the Defendant and Government agree that the interests of justice would be served by a continuance due to the volume and complexity of the discovery, the possibility of Mr. Borgesano requiring an invasive medical procedure, the possibility of avoiding a

complex and lengthy trial as the parties continue to work together through the evidence in the case, and note that four of the eight originally charged defendants have pleaded guilty, impacting the dynamic of the case. Additional changes of plea are possible.

8. Undersigned counsel represents to this Honorable Court that counsel for the Defendant and counsel for the Government have scheduling conflicts that would interfere with the effective preparation for and trial of the instant matter prior to October of this year.

9. Undersigned counsel has attempted to contact counsel for those individuals who have not yet resolved the charges against them. Attorney Jerry Theophilopoulos, on behalf of Defendant, Wayne M. Kreisberg, joins in this Motion to Continue. Attorney J. David Bogenshutz on behalf of Defendant, Bradley Sirkin does not oppose the Motion. Gregory Kehoe, Attorney for Defendant, Matthew N. Sterner, did not respond to requests related to his position regarding this Motion to Continue Trial.

WHEREFORE UNDERSIGNED COUNSEL, Kevin T. Beck, on behalf of the Defendant, NICHOLAS A. BORGESANO, Jr., moves this Honorable Court to enter an Order Continuing the Trial Term to October, 2017.

## MEMORANDUM OF LAW

The Sixth Amendment to the U.S. Constitution guarantees that any person brought to criminal prosecution in a federal court must be afforded the right to "the Assistance of Counsel for his defense." U.S. CONST. amend VI; see also Faretta v. California, 422 U.S. 806, 807 (1975). As the Supreme Court recognized in Ungar v. Sarafite, 376 U.S. 575, 589 (1964), a district court's denial of a motion for continuance may vitiate the effect of this fundamental right.

See also United States v. Verderame, 51 F.3d 249, 251 (11th Cir. 1995). In Ungar, the Supreme Court stated:

The matter of continuance is traditionally within the sound discretion of the trial judge, and it is not every denial of a request for more time that violates due process even if the party fails to offer evidence or is compelled to defend without counsel. Contrariwise, a myopic insistence upon expeditiousness in the justifiable request for delay can render the right to defend with counsel an empty formality. Ungar, 376 U.S. at 589 (citations omitted).

Further, the Supreme Court has stated that implicit in this right to counsel is the notion of adequate time for counsel to prepare the defense. See Avery v. Alabama, 308 U.S. 444, 446 (1940). "The prompt disposition of criminal cases is to be commended and encouraged. But in reaching that result a defendant, charged with a serious crime, must not be stripped of his right to have sufficient time to advise with counsel and prepare his defense." Powell v. Alabama, 287 U.S. 45, 59 (1932).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of February, 2017 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send notice of the electronic filing to counsel of record.

DATED this 27th day of February, 2017.

RESPECTFULLY SUBMITTED,

/s/ *Kevin T. Beck*
KEVIN T. BECK
Florida Bar Number 0802719
Law Office of Kevin T. Beck, P.A.
615 27th Street South, Ste. E
Saint Petersburg, FL 33712
Telephone: (727) 873-1177

Facsimile: (888) 269-4240
kevintbeck@hotmail.com
Attorney for Nicholas A. Borgesano, Jr.