AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America )
v. )
NICHOLAS A. BORGESANO, JR. )
) Case No: 8:16-cr-353-JSM-JSS
) USM No: 67475-018
Date of Original Judgment: )
Date of Previous Amended Judgment: 06/19/2018 ) Pro Se
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is not eligible for a sentencing reduction pursuant to Amendment 821. He was assessed one criminal history point for his 2012 charge of Violation of Domestic Violence Injunction. Additionally, the defendant does not meet the criteria set forth at USSG §4C1.1. Specifically, the defendant does not meet the criteria at §4C1.1(a)(10) - Adjustment under §3B1.1 (Aggravated Role). The defendant was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive; therefore, four levels are added. USSG §3B1.1(a). The defendant was the leader of A to Z Pharmacy and the Front Pharmacies and he managed and directed employees to facilitate and conceal the scheme. He also directed others to remove labels from returned medications for resale, and directed employees not to collect co-pays from patients to avoid patient complaints and risk detection of the fraud. The case involved the defendant and seven other individuals.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/16/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*